UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAY HERRING,

    Plaintiff,

-vs-                                            CASE NO.:  4:18-CV-00343-MW-CAS

DIVERSIFIED ADJUSTMENT SERVICE,
INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, JAY HERRING, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, JAY HERRING, and Defendants, DIVERSIFIED ADJUSTMENT SERVICE, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                                  Respectfully Submitted,

                                                  ***/s/ John C. Distasio, Esquire***
                                                  JOHN C. DISTASIO, ESQUIRE
                                                  Florida Bar No.: 096328
                                                  MORGAN & MORGAN, TAMPA, P.A.
                                                  One Tampa City Center
                                                  201 N. Franklin Street, Suite 700
                                                  Tampa, FL 33602
                                                  Telephone:  (813) 223-5505
                                                  Facsimile:   (813) 223-5402
                                                  JDistasio@ForThePeople.com
                                                  JSherwood@ ForThePeople.com
                                                  *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of January, 2019, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of which are listed below: Ernest H. Kohlmyer, III, Shepard, Smith, Kohlmyer & Hand, P.A. at: skohlmyer@shepardfirm.com; clegros@shepardfirm.com; mdyleski@shepardfirm.com; rortiz@shepardfirm.com.

                                        */s/ John C. Distasio, Esquire*
                                        JOHN C. DISTASIO, ESQUIRE
                                        Florida Bar No.: 096328
                                        MORGAN & MORGAN, TAMPA, P.A.
                                        *Attorney for Plaintiff*